IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | NO. 4:06-cr-00100 |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| ALONZO CORTEZ HICKMAN,   ) | |
| ) | |
| Defendant.   ) | |

RECEIVED FEB - 2 2007 CLERK OF DISTRICT COURT SOUTHERN DISTRICT OF IOWA

# REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (NO PLEA AGREEMENT)

The United States of America and the defendant, having both filed a written consent to conduct of the plea proceedings by a magistrate judge, appeared before me pursuant to Fed. R. Crim. P. 11 and LCrR 11.1. The defendant entered a plea of guilty to Counts 1, 2, and 3 of the Indictment charging him with conspiracy to distribute cocaine and at least 50 grams of cocaine base, a/k/a "crack" (Count 1), use of a communication facility in committing and facilitating the commission of a drug offense (Count 2), and possession with the intent to distribute cocaine (Count 3), in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), 843(b), 841(a)(1), and 841(b)(1)(C). After advising and questioning the defendant under oath concerning each of the subjects addressed in Rule 11(b)(1), I determined that the guilty plea was in its entirety voluntarily, knowingly and intelligently made and did not result from force, threats, or promises. I further determined that there is a factual

basis for the guilty plea on each of the essential elements of the offense(s) in question. There is no plea agreement.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. A presentence report has been ordered and a sentencing status conference scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

2/2/07
DATE

NOTICE

Failure by a party to file written objections to this Report and Recommendation within ten (10) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(B). The Report and Recommendation was served this date by delivery of a copy thereof to counsel for the government and defendant in open court.